UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: )  BK No.:  19-80365
Heidi Milke )
)  Chapter: 13
)  Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The monthly plan payment is reduced to $375.
2. The plan term is extended to 48 months.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  August 15, 2019

**Prepared by:**

Nathan Curtis
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603